**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1304**

TOYA WILSON,

        Plaintiff - Appellant,

    and

HARRY SMITH,

        Plaintiff,

    v.

LNV CORPORATION; MGC MORTGAGE, INC.; DOVENMUEHLE MORTGAGE, INC.; HUTCHENS LAW FIRM,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington. Louise W. Flanagan, District Judge. (7:14-cv-00145-FL)

Submitted: June 25, 2015        Decided: June 29, 2015

Before GREGORY, FLOYD, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Toya Wilson, Appellant Pro Se. Claire Louise Collins, Hilton Terry Hutchens, Jr., HUTCHENS, SENTER, KELLAM & PETIT, PA, Fayetteville, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Toya Wilson appeals the district court's order dismissing her suit pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Wilson v. LNV Corp., No. 7:14-cv-00145-FL (E.D.N.C. Feb. 23, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED